# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ADAM M. WHITTINGTON,<br><br>*Defendant.* | CRIMINAL ACTION NO.<br>5:22-cr-00019-TES-CHW-1 |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
### IN THE INTERESTS OF JUSTICE

Before the Court is an Unopposed Motion to Continue [Doc. 21] filed by Defendant Adam M. Whittington. On April 12, 2022, the Government obtained a one-count indictment charging Defendant with Failure to Register as a Sex Offender in violation of 18 U.S.C. § 2250(a). [Doc. 1, p. 1]. He pled "Not Guilty" on May 17, 2022. [Doc. 16].

Defendant seeks a continuance because he needs more time to review discovery "and discuss a possible defense with his [attorney]." [Doc. 21, p. 1, ¶ 2]. Accordingly, the Court **GRANTS** the Defendant's Unopposed Motion to Continue [Doc. 21], and this case and its pretrial conference are **CONTINUED** to the Court's next regularly scheduled Trial Term—October 10, 2022. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 6th day of July, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
